1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11  DARREN GILBERT,                        )   No. 1:22-cv-01126-BAM
                                           )
12          Plaintiff,                     )   **STIPULATION FOR CONTINUANCE OF**
                                           )   **MANDATORY SCHEDULING**
13      vs.                                )   **CONFERENCE; [PROPOSED] ORDER**
                                           )
14  AUTOZONE WEST LLC dba AUTOZONE         )
    #5700, et al.;                         )   Date:       December 6, 2022
15                                         )   Time:       9:00 a.m.
                                           )   Courtroom:  8
16          Defendants.                    )   Magistrate Judge Barbara A. McAuliffe
                                           )
17                                         )
                                           )
18  _____)

19      **WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") and Defendants Autozone West LLC

20  dba Autozone #5700 and Oakdale Crossroad Investments, L.P. ("Defendants," and together

21  with Plaintiff, "the Parties), the parties to this action, by and through their counsel, hereby

22  stipulate;

23      **WHEREAS,** a Mandatory Scheduling Conference in this matter is currently scheduled

24  for December 6, 2022 (Dkt. 3);

25      **WHEREAS,** due to unavailability of defense counsel, the Parties have not yet had the

26  opportunity to conduct a Rule 26(f) meet and confer prior to preparing the joint scheduling

27  report;

28  //

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
ORDER

Page 1

1   **WHEREAS,** the Parties have agreed to conduct the Rule 26(f) meet and confer on
2   December 6, 2022 at 2:00 p.m., which was the earliest mutually available date;

3   **WHEREAS,** the Parties are engaged in settlement discussions, whereby Plaintiff
4   provided a draft settlement agreement to Defendants on November 15, 2022 setting forth an
5   injunctive relief proposal and is awaiting their response, and the Parties are hopeful that the
6   matter can be resolved without the need to burden the Court with a scheduling conference;

7   **NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to
8   a continuance of the Mandatory Scheduling Conference currently set for December 6, 2022 to
9   a date at the Court's convenience on or after January 10, 2023.

Dated: November 22, 2022                MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Darren Gilbert

Dated: November 22, 2022                ARENA HOFFMAN LLP

                                        */s/ Alex Craigie*
                                        Michael Hoffman
                                        Alex Craigie
                                        Attorneys for Defendant,
                                        Autozone West LLC

Dated: November 22, 2022                GOLDEN LAW A.P.C.

                                        */s/ Rachelle Taylor Golden*
                                        Rachelle Taylor Golden
                                        Attorneys for Defendant,
                                        Oakdale Crossroad Investments, LP

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
ORDER

Page 2

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 6, 2022 at 9:00 AM is continued to **January 30, 2023 at 9:00 AM before Magistrate Judge Barbara A. McAuliffe**. The parties are to file their Joint Scheduling Report at least one (1) full week prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: __November 28, 2022__          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE